1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                        **DISTRICT OF NEVADA**
7                                  * * *
8      MICHAEL RODRIGUEZ,                    Case No. 2:17-cv-02344-RFB-CWH

9                    Plaintiff,                **ORDER TO PRODUCE**
                                               **MICHAEL RODRIGUEZ,**
10          v.                                       **#1893015**

11     NAPHCARE, *et al*,

12                   Defendants.

13

14     TO:      WARDEN, CLARK COUNTY DETENTION CENTER
15              LAS VEGAS, NV
               UNITED STATES MARSHAL FOR THE DISTRICT OF
16             NEVADA AND ANY OTHER UNITED STATES MARSHAL

17
       **THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1893015,** is
18
       presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,
19
       Las Vegas, NV.
20
          **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center,  or his
21
       designee, shall transport and produce **MICHAEL RODRIGUEZ, #1893015,,** to appear before
22
       the United States District Judge at the Lloyd D. George United States Courthouse in Las
23
24     Vegas, Nevada, on or about Thursday, December 21, 2017, at the hour of 10:00 AM, in LV

25     Courtroom 7D to attend a motion hearing in the instant matter,  until the said **MICHAEL**

26     **RODRIGUEZ, #1893015,** is released and discharged by the said Court; and that

27

28

said **MICHAEL RODRIGUEZ, #1893015,**, shall thereafter be returned to the custody of the

Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

     **DATED** this <u>12th</u> day of December, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**