# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL RODRIGUEZ,

    Plaintiff,

v.

NAPHCARE, *et al,*

    Defendants.

Case No. 2:17-cv-02344-RFB-CWH

**ORDER TO PRODUCE MICHAEL RODRIGUEZ, #1893015**

TO:    WARDEN, CLARK COUNTY DETENTION CENTER
         LAS VEGAS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1893015,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **MICHAEL RODRIGUEZ, #1893015,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, August 14, 2018, at the hour of 10:00 AM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **MICHAEL RODRIGUEZ, #1893015,** is released and discharged by the said Court; and that said **MICHAEL**

**RODRIGUEZ, #1893015,**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 2nd day of August, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**