S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
Katherine.Gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789

*Attorneys for Defendants*
*Larry Williamson, M.D. and*
*Raymond Mondora, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>NAPHCARE, et al.,<br><br>       Defendants. | CASE NO. 2:17-cv-02344-RFB-CWH<br><br>**DEFENDANTS LARRY WILLIAMSON, M.D. AND RAYMOND MONDORA, M.D.'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF NO. 99)** |

COME NOW Defendants Larry Williamson, M.D. and Raymond Mondora, M.D. (Defendants) by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, and request an extension of time in which to file their Response to Plaintiff's Motion to Compel (ECF No. 99) pursuant to FRCP 6(b)(1) and LR IA 6-1. An extension of 14 days is requested, with a new due date for Defendants' Response of Thursday, February 21, 2018. This Motion is made and based upon the following Memorandum of Points and Authorities.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-7207-8982.1

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to FRCP 6(b)(1) and LR IA 6-1, Defendants Larry Williamson, M.D. and Raymond Mondora, M.D. respectfully request a 14 day extension of time to file and serve their Response to Plaintiff's Motion to Compel. (ECF No. 99). Plaintiff filed the Motion on January 24, 2019. The Motion is 29 pages[1] and addresses 40 separate discovery requests and responses.

In light of the detailed analysis required to fully respond to Plaintiff's Motion to Compel, Defendants maintain good cause exists for a brief extension of time in which to file their Response. Defendants respectfully request the Court grant a 14 day extension of time to file and serve a Response to Plaintiff's Motion to Compel, resulting in a new due date of Thursday, February 21, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

_____

[1] Plaintiff's Motion is single spaced (handwritten). If it had been typed and double-spaced, the Motion would likely exceed 50 pages.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CONCLUSION

Based on the foregoing, Defendants Drs. Williamson and Mondora respectfully request the Court grant an extension of time to respond to Plaintiff's Motion to Compel up to and including February 21, 2018. The extension is sought in good faith, and not to delay resolution of this matter.

DATED: January 28, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Katherine J. Gordon
     S. BRENT VOGEL
     Nevada Bar No. 6858
     KATHERINE J. GORDON
     Nevada Bar No. 5813
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, Nevada 89118
     Tel. 702.893.3383

     *Attorneys for Defendants Larry Williamson,*
     *M.D. and Raymond Mondora, M.D.*

IT IS ORDERED that defendants Williamson and Mondora's motion to extend time to respond to plaintiff Rodriguez's motion to compel (ECF No. 101) is GRANTED. Responses to the motion to compel (ECF No. 99) are due February 21, 2019.

DATED: **Jan 29, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-7207-8982.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January 2019, I electronically filed the foregoing **DEFENDANTS LARRY WILLIAMSON, M.D. AND RAYMOND MONDORA, M.D.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 99)** with the Clerk of the Court through Case Management/Electronic Filing System.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 28th day of January 2019, I served a true and correct copy of the foregoing **DEFENDANTS LARRY WILLIAMSON, M.D. AND RAYMOND MONDORA, M.D.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 99)** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Michael Rodriguez
1893015
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101
PRO SE Plaintiff

By  /s/ Adrina Harris
    Adrina Harris, an Employee of LEWIS
    BRISBOIS BISGAARD & SMITH LLP