# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL RODRIGUEZ,

    Plaintiff,

v.

NAPHCARE, et al.,

    Defendants.

Case No. 2:17-cv-02344-RFB-CWH

**ORDER**

Presently before the court is plaintiff Michael Rodriguez's Motion to Compel (ECF No. 99), filed on January 24, 2019. Defendants Larry Williamson, M.D. and Raymond Mondora, M.D. filed a response (ECF No. 109) on February 22, 2019. Rodriguez filed a reply (ECF No. 115) on March 26, 2019.

Also before the court is Rodriguez's Motion to Extend Time to File Reply (ECF No. 115), filed on March 26, 2019. The motion is unopposed and therefore will be granted under Local Rule 7-2(d).

Rodriguez moves to compel Drs. Williamson and Mondora to respond to various interrogatories and requests for production of documents, arguing they failed to sufficiently respond. Drs. Williamson and Mondora respond that they have provided all available information and documents and there exists nothing to compel. They further state that their objections were for preservation purposes, that no responsive information was withheld, and that no partial responses were provided based on the objections.

The court has read and considered each interrogatory and request for production, the corresponding objection, and the parties' arguments. For the reasons stated in Drs. Williamson and Mondora's response, the court will deny the motion to compel.

IT IS THEREFORE ORDERED that plaintiff Michael Rodriguez's Motion to Compel (ECF No. 99) is DENIED.

IT IS FURTHER ORDERED that Rodriguez's Motion to Extend Time to File Reply (ECF No. 115) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must detach and separately file Rodriguez's reply (ECF No. 115, Ex. 6) in support of his motion to compel.

DATED: April 12, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE