# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL RODRIGUEZ,

    Plaintiff,

v.

NAPHCARE, *et al,*

    Defendants.

Case No. 2:17-cv-02344-RFB-CWH

**ORDER TO PRODUCE MICHAEL RODRIGUEZ, #1893015**

TO:    WARDEN, CLARK COUNTY DETENTION CENTER
         LAS VEGAS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1893015,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **MICHAEL RODRIGUEZ, #1893015,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, June 4, 2019, at the hour of 2:30 PM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **MICHAEL RODRIGUEZ, #1893015,** is released and discharged by the said Court; and that said **MICHAEL**

**RODRIGUEZ, #1893015,**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 24th day of May, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**