# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NAPHCARE, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02344-RFB-DJA<br><br>**ORDER** |

Presently before the Court is Plaintiff Michael Rodriguez's Emergency Motion to Reconsider Order ECF No. 153 (ECF No. 157) filed on November 7, 2019. Plaintiff is a pretrial detainee at the Clark County Detention Center. The Second Amended Complaint (ECF No. 84) is the operative complaint in this matter. Plaintiff was granted until November 18, 2019 to complete the summons forms and USM-285 forms for the unserved defendants. (ECF No. 153). He now requests reconsideration of the Court's Order ECF No. 153 in order to seek assistance with service on two additional Defendants - Naphcare, Inc. and Joseph Lombardo.

Although reconsideration is not the proper method, in an effort to promote judicial economy in accordance with Fed.R.Civ.P 1, the Court will grant Plaintiff's request for assistance with service for two additional Defendants - Naphcare, Inc. and Joseph Lombardo. By December 18, 2019, Plaintiff shall complete two summonses and USM-285 forms for Naphcare, Inc. and Joseph Lombardo and file them with the Court. Upon receipt of the proposed summonses and completed USM-285 forms, the clerk of the court must issue the summonses and deliver the summonses and the USM-285 forms, a cop of the second amended complaint (ECF No. 46-1), and a copy of this order to the U.S. Marshal for service.

**IT IS HEREBY ORDERED** that Plaintiff Michael Rodriguez's Emergency Motion to Reconsider Order ECF No. 153 (ECF No. 157) **is granted**.

**IT IS FURTHER ORDERED** that Plaintiff must complete two summons forms and two USM-285 forms for Defendants Naphcare, Inc. and Joseph Lombardo and file them with the Court by December 18, 2019.

**IT IS FURTHER ORDERED** that upon receipt of the proposed summonses and completed USM-285 forms from Plaintiff, the clerk of court must issue the summonses and deliver the summonses, the USM-285 forms, a copy of the second amended complaint (ECF No. 46-1), and a copy of this order to the U.S. Marshal for service.

DATED: November 14, 2019.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE