S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
Katherine.Gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789

*Attorneys for Defendants*
*Larry Williamson, M.D., Raymond Mondora,*
*M.D., James Anthony, D.O., Eric Lopez, P.A.,*
*NaphCare, Inc., Harry Duran, M.D., and*
*Kendra Meyer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RODRIGUEZ, | CASE NO. 2:17-cv-02344-RFB-DJA |
| Plaintiff, | **DEFENDANTS LARRY WILLIAMSON, M.D. , RAYMOND MONDORA, M.D., JAMES ANTHONY, D.O., ERIC LOPEZ, P.A., NAPHCARE, INC., HARRY DURAN, M.D., AND KENDRA MEYER'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE [ECF NO. 236]** |
| vs. | |
| NAPHCARE, et al., | |
| Defendants. | |

COME NOW Defendants Larry Williamson, M.D., Raymond Mondora, M.D., James Anthony, D.O., Eric Lopez, P.A., NaphCare, Inc., Harry Duran, M.D. and Kendra Meyer ("Defendants") by and through their attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, and submit their Emergency Motion to Extend Time to Reply to Plaintiff's Opposition to Defendants' Motion to Strike [ECF No. 236] pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1.  Defendants' Response is currently due August 11, 2020.  An extension of 14 days is requested, with a new due date for Defendants' Reply of Tuesday, August 25, 2020.   This Motion is made and based upon the following

4822-2565-8311.1

Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. P. (b)(1) and LR IA 6-1, Defendants herein respectfully request a 14 day extension of time to file and serve their Reply to Plaintiff's Opposition to Defendants' Motion to Strike. The ultimate issue to be determined in the Motion to Strike is whether Plaintiff's recently filed Motion Presenting the Court with Competent Medical Evidence in Support of ECF No. 134 [ECF No. 229] violated this Court's prior Order precluding Plaintiff from filing additional requests for reconsideration of his Motion for Temporary Restraining Order and Preliminary Injunction. [ECF No. 223]. As specified in the Order, Plaintiff was prohibited from filing additional motions for reconsideration "without conflicting competent medical evidence and testimony or a citation to a relevant change in the law that would warrant the relief sought." *Id.* at 7:2-4.

Despite the mischaracterization contained in the title of his pleading, Plaintiff's Motion Presenting the Court with Competent Medical Evidence is void of conflicting competent medical evidence and/or a citation to a relevant change in the law. To the contrary, the second addendum to Plaintiff's lumbar MRI report (which was procured by Plaintiff and relied upon in his recent Motion as constituting "conflicting competent medical evidence") specifically reiterates that the initial MRI findings were "<u>correct</u>" and consisted of "<u>no significant disc herniation, spinal or neuroforaminal stenosis</u>." *See* Exhibit "C" to Defendants' Motion to Strike.

In response to Plaintiff's Motion, Defendants were forced once again to forward Plaintiff's newest medical theory to its orthopedic surgeon expert witness, William Warren Brien, M.D. for review and analysis. Dr. Brien reviewed the second addendum and opined the information contained therein is certainly not conflicting with the prior reports. More particularly, Dr. Brien opined the new information is orthopedically insignificant (the reason it was not mentioned in the initial report and first addendum) and does not provide medical support for Plaintiff's continued contention that he requires back surgery. Further,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   it is obvious from the careful language used by the radiologist in the second addendum that

2   the additional finding was provided in response to Plaintiff's request, not because the

3   radiologist determined that the finding was significant.   The radiologist went to lengths to

4   describe the finding as something that "*can* be mentioned" and he was "uncertain that [the

5   finding] is the cause of patient's symptoms/conditions."  *Id.* [Emphasis added].

6        Although the lack of conflicting medical evidence is obvious from a reading of the

7   second addendum alone, Defendants appreciate the Court's repeated statements that it will

8   not substitute its judgment in these matters for the judgment of a medical professional.

9   Therefore, Defendants want to ensure the Court is provided with Dr. Brien's updated

10   opinions regarding the second addendum's [lack of] medical significance to Plaintiff's

11   back complaints.  Defendants are currently waiting for Dr. Brien's signed Declaration to

12   attach to their Reply to Plaintiff's Opposition.

13        Defendants anticipate receiving the signed Declaration shortly and will, thereafter,

14   file their Reply.   The requested 14 day extension of time should provide more than

15   sufficient time.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-2565-8311.1

3

1

## CONCLUSION

2     Based on the foregoing, Defendants Larry Williamson, M.D., Raymond Mondora,

3   M.D., James Anthony, D.O., Eric Lopez, P.A., NaphCare, Inc., Harry Duran, M.D. and

4   Kendra Meyer respectfully request the Court grant an extension of time to reply to

5   Plaintiff's Opposition to Defendants' Motion to Strike [ECF No. 236] up to and including

6   August 25, 2020.  The extension is sought in good faith, and not to delay resolution of this

7   matter.

8          DATED: August 10, 2020.

9                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11

12                          By   /s/ Katherine J. Gordon

13                               S. BRENT VOGEL
                                 Nevada Bar No. 6858
14                               KATHERINE J. GORDON
                                 Nevada Bar No. 5813
15                               6385 S. Rainbow Boulevard, Suite 600
                                 Las Vegas, Nevada 89118
16                               Tel. 702.893.3383
17                               *Attorneys for Defendants Larry Williamson,*
                                 *M.D., Raymond Mondora, M.D, James*
18                               *Anthony, D.O., Eric Lopez, P.A., NaphCare,*
                                 *Inc., Harry Duran, M.D., and Kendra Meyer*
19

20

21

22   **IT IS SO ORDERED**

23

24   _____

25   UNITED STATES DISTRICT JUDGE

26   DATED: August 11, 2020

27

28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 10th day of August 2020, I did cause a true copy of **DEFENDANTS LARRY WILLIAMSON, M.D. , RAYMOND MONDORA, M.D., JAMES ANTHONY, D.O., ERIC LOPEZ, P.A., NAPHCARE, INC., HARRY DURAN, M.D., AND KENDRA MEYER'S EMERGENCY MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE [ECF NO. 236]** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System:

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants Las Vegas Metropolitan*
*Police Department and Sheriff Joseph Lombardo*


And to be placed in the United States Mail on August 11, 2020, with first class postage prepaid thereon, and addressed as follows:

Michael Rodriguez
1893015
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101
*Plaintiff in Pro Se*
***VIA U.S. MAIL ONLY***

By  /s/ *Johana Whitbeck*
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP