# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02344-RFB-DJA<br><br>**ORDER** |

Presently before the Court is pro se Plaintiff Michael Rodriguez's Motion Requesting Copy of Court Order ECF Nos. 272 (ECF No. 275), filed on January 22, 2021.

Plaintiff is a pretrial detainee at the Clark County Detention Center. The Second Amended Complaint (ECF No. 84) is the operative complaint in this matter. Plaintiff requests that the Court send him an electronic copy of the Order ECF No. 272 because due to a variety of circumstances, he did not receive the Order.

**IT IS HEREBY ORDERED** that Plaintiff Michael Rodriguez's Motion Requesting Copy of Court Order ECF Nos. 272 (ECF No. 275) is **granted**. The Clerk of the Court shall send a copy of ECF No. 272 to Plaintiff.

DATED: February 1, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE