UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br>　　　　Plaintiff,<br>v.<br>NAPHCARE, INC., et al,<br>　　　　Defendants. | Case No. 2:17-cv-02344-RFB-DJA<br><br>**ORDER TO PRODUCE<br>FOR TELECONFERENCE<br>MICHAEL RODRIGUEZ,<br>#1024751** |

TO:　　CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **MICHAEL RODRIGUEZ, #1024751**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **MICHAEL RODRIGUEZ, #1024751** on or about Friday, October 8, 2021, at the hour of 9:30 a.m., for a **teleconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MICHAEL RODRIGUEZ, 1024751,** is released and discharged by the said Court; and that **MICHARL RODRIGUEZ, #1024751,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Spring, Nevada, under safe and secure conduct.

**DATED** this 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**